UNITED STATES DISTRICT COURT
DISTRICT FOR MASSACHUSETTS

C.A. No: 05CV- 05-30136-MAP

DONOVAN BROS, INC., and ELSIE M. LAFOND,

    Plaintiffs

v.

JOSEPH FONTAINE, JOANNE HEBERT, and ROBERT W. PIKE, JR., as they are the Zoning Board of Appeals of the Town of Montgomery; and ELWIN R. CLARK, JR., as he is the Building Inspector & Zoning Enforcement Officer of the Town of Montgomery,

    Defendants

ANSWER

    Now come the above-named defendants and answer the numbered paragraphs of the plaintiff's complaint ("Complaint") as follows.

    1.    This paragraph consists entirely of a legal conclusion, and thus does not require an answer. To the extent an answer is required, the averments made therein are denied.

    2.    The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

    3.    The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

    4.    Admitted.

    5.    Admitted.

    6.    The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

    7.    Admitted.

8. Denied.

9. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

10. Admitted that the Premises is presently being used for earth removal purposes, but the defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining averments in the first sentence of this paragraph. The averments in the second sentence of this paragraph are denied.

11. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph.

12. Admitted.

13. Denied that the letter reads as stated. Further answering, the defendants assert that the letter speaks for itself.

14. Admitted.

15. Denied.

16. Admitted to the extent that the land referred in this paragraph as Parcel "1 235 88" is in fact Montgomery Assessor's Parcel 1-236-88. Otherwise denied.

17. Admitted that the plaintiffs filed an appeal of the Order with the Zoning Board of Appeals. The defendants are without knowledge or information sufficient to form a belief as to what caused the plaintiffs to file the appeal.

18. Admitted.

19. Admitted.

20. Denied.

21. Denied.

22. Denied.

23.   Denied.

24.   Denied.

25.   Denied.

26.   Denied.

27.   Denied.

## FIRST DEFENSE

The plaintiffs fail to state an equal protection claim upon which relief can be granted.

## SECOND DEFENSE

The complaint should be dismissed for improper service of process.

## THIRD DEFENSE

The complaint should be dismissed for insufficiency of process.

## FOURTH DEFENSE

The Court lacks subject matter jurisdiction to hear the plaintiffs' claims other than their equal protection claim.

## FIFTH DEFENSE

At all times relevant hereto, the defendants acted in good faith, and within their lawful authority and discretion under the Zoning Act (G.L. c.40A), and the Zoning Bylaw for the Town of Montgomery.

DEFENDANTS
By their attorneys,

/s/ Joel B. Bard

Joel B. Bard (BBO# 029140)
Jonathan D. Eichman (BBO# 641227)
Kopelman and Paige, P.C.
  Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on June 14, 2005

252351/MONT/0001

3