UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-30136-MAP

DONOVAN BROTHERS, INC., and ELSIE M. LAFOND,

    Plaintiffs

v.

JOSEPH FONTAINE, JOANNE HEBERT and ROBERT W. PIKE, JR., as they are the Zoning Board of Appeals of the Town of Montgomery, and ELWIN R. CLARK, JR., as he is the Building Inspector & Zoning Enforcement Officer of the Town of Montgomery,

    Defendants

JOINT SCHEDULING STATEMENT

Pursuant to L.R. 16.1(D), counsel for the parties have conferred and state as follows:

I.    PROPOSED SCHEDULING ORDER

The parties propose the following pre-trial schedule:

A.    Automatic Disclosures to be completed within fourteen days of the Scheduling Conference.

B.    All written discovery shall be served within one month of the Scheduling Conference.

C.    Depositions of fact witnesses to be completed within two months of the Scheduling Conference.

D.    No expert witnesses are anticipated.

E.    The plaintiffs intend to file a motion to amend the Complaint within two weeks of the Scheduling Conference.

F.    A status conference on September 30, 2005, to address the Town's anticipated filing of a dispositive motion, or to serve as an initial pre-trial conference.

II.     CERTIFICATIONS

L.R. 16.1 certifications of conferral will be filed separately.

III.    ALTERNATIVE DISPUTE RESOLUTION

The plaintiffs would consider mediation in an attempt to resolve this matter. The defendants do not consider this case appropriate for alternative dispute resolution at this time.

III.    TRIAL BY MAGISTRATE

The parties consent to trial by magistrate.

| PLAINTIFFS | DEFENDANTS, |
|---|---|
| By their attorney, | By their attorneys, |
| /s/ Frank E. Antonucci<br>Frank E. Antonucci, Esq. (BBO #020260)<br>83 State Street, Suite 203<br>Springfield, MA  01103-2009<br>(413) 737-4667 (ph)<br>(413) 731-0602 (fax) | /s/ Jonathan D. Eichman<br>Joel B. Bard (BBO# 029140)<br>Jonathan D. Eichman (BBO# 641227)<br>Kopelman and Paige, P.C.<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

254065/MONT/0007