UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-30136-MAP

DONOVAN BROTHERS, INC., and ELSIE M. LAFOND,

Plaintiffs

v.

JOSEPH FONTAINE, JOANNE HEBERT and ROBERT W. PIKE, JR., as they are the Zoning Board of Appeals of the Town of Montgomery, and ELWIN R. CLARK, JR., as he is the Building Inspector & Zoning Enforcement Officer of the Town of Montgomery,

Defendants

DEFENDANT TOWN OF MONTGOMERY'S LOCAL RULE 16.1(D)(3) CERTIFICATE

Now come the defendants in the above-captioned matter, as they are lawfully represented by the Board of Selectmen of the Town of Montgomery, together with the undersigned counsel for said defendants, and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

DEFENDANTS

_____ 7/14/05
By: Wayne Morse
Chairman, Board of Selectmen

COUNSEL TO DEFENDANTS

_____
Joel B. Bard (BBO# 029140)
Jonathan D. Eichman (BBO# 64?227)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

253806/MONT/0007