UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
DONOVAN BROTHERS, INC.,        )
                Plaintiff      )
                               )
        v.                     )    Civil Action No.  05-30136-KPN
                               )
                               )
JOSEPH FONTAINE, et al.,       )
                Defendants     )
```

SCHEDULING ORDER
July 25, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference on July 22, 2005:

1. The parties shall complete their automatic disclosures by August 5, 2005.

2. Motions to amend the pleadings shall be filed by August 5, 2005.

3. All written discovery shall be served by August 19, 2005.

4. Depositions shall be completed by October 14, 2005.

5. Counsel shall appear for a case management conference on October 21, 2005, at 11:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge