UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-30136-MAP

DONOVAN BROTHERS, INC., and ELSIE M. LAFOND,

    Plaintiffs

v.

JOSEPH FONTAINE, JOANNE HEBERT and ROBERT W. PIKE, JR., as they are the Zoning Board of Appeals of the Town of Montgomery, and ELWIN R. CLARK, JR., as he is the Building Inspector & Zoning Enforcement Officer of the Town of Montgomery,

    Defendants

## PLAINTIFFS' CERTIFICATION PURSUANT TO L.R. 16.1(D)(3)

Counsel of record for the plaintiffs Donovan Brothers, Inc. and Elsie M. Lafond, hereby certifies that he has conferred with the plaintiffs regarding:

(1)    establishing a budget for the costs of conducting the full course of litigation; and

(2)    the resolution of this litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Gaylon Donovan

_____
Elsie M. Lafond

PLAINTIFFS' COUNSEL:

_____
Frank E. Antonucci, Esq.
BBO #020260
83 State Street, Suite 203
Springfield, MA 01103-2009
(413) 737-4667 (ph)
(413) 731-0602 (fax)

1

## CERTIFICATE OF SERVICE

      I, Frank E. Antonucci, hereby certify that I have served a copy of the foregoing document on the parties in this matter by mailing a copy of the same to all counsel of record on this _____ day of July 2005 as follows:

Jonathan D. Eichman, Esq.
Kopelman And Paige, P.C.
31 St. James Avenue
Boston, MA 02116-4102

                                                            */s/ Frank Antonucci*
                                                            Frank E. Antonucci, Esq.
                                                            83 State Street, Suite 203
                                                            Springfield, MA 01103-2009
                                                            (413) 737-4667 (ph)
                                                            (413) 731-0602 (fax)