UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION #05-30136-MAP

*OFFICER'S RETURN OF SERVICE*



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

September 9, 2005

I hereby certify and return that on 9/8/2005 at 01:02 pm I served a true and attested copy of the NOTICE OF FILING, PLNTFS MOTION TO AMEND COMPLAINT & ORIG. COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of WAYNE L. MORSE, 102 CARRINGTON Road MONTGOMERY, MA 01085, Conveyance ($2.70), Travel ($5.76), Basic Service Fee ($20.00), Mailing1 ($1.00) Total Charges $29.46 LEFT WITH WIFE LINDA MORSE.

Deputy Sheriff ERIC PODGURSKI

_____
Deputy Sheriff

Fees:  Service:
       Copying:
       Mileage:
       Use of Auto _____ miles
       Paid Witness Fee:
       Paid Mileage:

$_____

_____
Deputy Sheriff

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30136-MAP

| | |
|---|---|
| DONOVAN BROS, INC., and <br> ELSIE M. LAFOND, <br><br> Plaintiffs <br><br> vs. <br><br> JOSEPH FONTAINE, JOANNE HEBERT, and <br> ROBERT W. PIKE, JR., as they are the <br> Zoning Board of Appeals of the Town of Montgomery; <br> ELWIN R. CLARK, JR., as he is the Building Inspector & <br> Zoning Enforcement Officer of the Town of Montgomery; and <br> Wayne L. Morse, Chairman, Charles R. Peckham, and <br> Daniel Jacques, as they are the <br> Board of Selectmen of the Town of Montgomery, <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' NOTICE OF FILING**

To The Above-Named Defendants Wayne L. Morse, Chairman, Charles R. Peckham and Daniel Jacques, Member of the Select Board of the Town of Montgomery:

Please take notice that the Plaintiffs in this matter, through counsel, shall file with the Clerk's Office of the U.S. District Court, District of Massachusetts the following documents on September 23, 2005, all of which are attached:

1. *Plaintiffs' Motion To Amend Complaint,*
2. *Plaintiffs' Amendment to Complaint,*
4. *Plaintiffs' Original Complaint, and*
3. *Notice of Filing*

THE PLAINTIFFS,
BY THEIR ATTORNEY,

/s/ Frank E. Antonucci

Frank E. Antonucci, Esq.
83 State Street, Suite 203
Springfield, MA 01103-2009
(413) 737-4667 (ph)
(413) 731-0602 (fax)

Dated: 9/2/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION #05-30136-MAP

OFFICER'S RETURN OF SERVICE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

September 9, 2005

I hereby certify and return that on 9/8/2005 at 01:00 pm I served a true and attested copy of the NOTICE OF FILING, PLNTFS MOTION TO AMEND COMPLAINT & ORIG. COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of DANIEL JACQUES, 132 CARRINGTON Road MONTGOMERY, MA 01085, Attestation X 1 ($5.00), Basic Service Fee ($20.00), Mailing1 ($1.00) Total Charges $26.00

Deputy Sheriff ERIC PODGURSKI

_____
Deputy Sheriff

Fees: Service:
Copying:
Mileage:
Use of Auto _____ miles
Paid Witness Fee:
Paid Mileage:

$ _____

_____
Deputy Sheriff

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30136-MAP

DONOVAN BROS, INC., and )
ELSIE M. LAFOND, )
)
                      Plaintiffs )
)
vs. )
)
JOSEPH FONTAINE, JOANNE HEBERT, and )
ROBERT W. PIKE, JR., as they are the )
Zoning Board of Appeals of the Town of Montgomery; )
ELWIN R. CLARK, JR., as he is the Building Inspector &)
Zoning Enforcement Officer of the Town of Montgomery; and
Wayne L. Morse, Chairman, Charles R. Peckham, and )
Daniel Jacques, as they are the )
Board of Selectmen of the Town of Montgomery, )
                      Defendants )

## PLAINTIFFS' NOTICE OF FILING

To The Above-Named Defendants Wayne L. Morse, Chairman, Charles R. Peckham and Daniel Jacques, Member of the Select Board of the Town of Montgomery:

Please take notice that the Plaintiffs in this matter, through counsel, shall file with the Clerk's Office of the U.S. District Court, District of Massachusetts the following documents on September 23, 2005, all of which are attached:

1.    *Plaintiffs' Motion To Amend Complaint,*
2.    *Plaintiffs' Amendment to Complaint,*
4.    *Plaintiffs' Original Complaint, and*
3.    *Notice of Filing*

THE PLAINTIFFS,
BY THEIR ATTORNEY,

Dated: 9/2/05

*/s/ Frank E. Antonucci*
Frank E. Antonucci, Esq.
83 State Street, Suite 203
Springfield, MA 01103-2009
(413) 737-4667 (ph)
(413) 731-0602 (fax)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION #05-30136-MAP

*OFFICER'S RETURN OF SERVICE*



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772
*Hampden, ss.*

September 9, 2005

I hereby certify and return that on 9/8/2005 at 12:47 pm I served a true and attested copy of the NOTICE OF FILING, PLNTFS MOTION TO AMEND COMPLAINT & ORIG. COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of CHARLES R. PECKHAM, 20 CHAMBERLAIN Road MONTGOMERY, MA 01085, Attestation X 1 ($5.00), Conveyance ($2.70), Travel ($5.76), Basic Service Fee ($20.00), Mailing 1 ($1.00) Total Charges $34.46 LEFT WITH WIFE NANCY.

Deputy Sheriff ERIC PODGURSKI    _____
                                  **Deputy Sheriff**

    Fees: Service:
          Copying:
          Mileage:
          Use of Auto _____ miles
          Paid Witness Fee:
          Paid Mileage:

                                  $_____

                                  _____
                                  Deputy Sheriff

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30136-MAP

DONOVAN BROS, INC., and )
ELSIE M. LAFOND, )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　Plaintiffs　　　)
　　　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
JOSEPH FONTAINE, JOANNE HEBERT, and )
ROBERT W. PIKE, JR., as they are the )
Zoning Board of Appeals of the Town of Montgomery; )
ELWIN R. CLARK, JR., as he is the Building Inspector &)
Zoning Enforcement Officer of the Town of Montgomery; and
Wayne L. Morse, Chairman, Charles R. Peckham, and )
Daniel Jacques, as they are the )
Board of Selectmen of the Town of Montgomery, )
　　　　　　　　　　Defendants　　　)

## PLAINTIFFS' NOTICE OF FILING

To The Above-Named Defendants Wayne L. Morse, Chairman, Charles R. Peckham and Daniel Jacques, Member of the Select Board of the Town of Montgomery:

Please take notice that the Plaintiffs in this matter, through counsel, shall file with the Clerk's Office of the U.S. District Court, District of Massachusetts the following documents on September 23, 2005, all of which are attached:

1. *Plaintiffs' Motion To Amend Complaint,*
2. *Plaintiffs' Amendment to Complaint,*
4. *Plaintiffs' Original Complaint, and*
3. *Notice of Filing*

　　　　　　　　　　　　　　　　　　THE PLAINTIFFS,
　　　　　　　　　　　　　　　　　　BY THEIR ATTORNEY,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Frank E. Antonucci, Esq.
Dated: 9/2/05　　　　　　　　　　　83 State Street, Suite 203
　　　　　　　　　　　　　　　　　　Springfield, MA 01103-2009
　　　　　　　　　　　　　　　　　　(413) 737-4667 (ph)
　　　　　　　　　　　　　　　　　　(413) 731-0602 (fax)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.