UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONOVAN BROTHERS, INC., )
         Plaintiff )
          )
v. ) Civil Action No.  05-30136-KPN
          )
          )
JOSEPH FONTAINE, et al., )
         Defendants )

REVISED SCHEDULING ORDER
October 25, 2005

NEIMAN, U.S.M.J.

The following revised schedule was established at the case management conference this day:

1. All discovery including depositions shall be completed by January 6, 2006.

2. Counsel shall appear for a case management conference on January 10, 2006, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

         /s/ Kenneth P. Neiman
         KENNETH P. NEIMAN
         U.S. Magistrate Judge