# FRANK E. ANTONUCCI, ESQ.
## COUNSELOR AT LAW

83 STATE STREET, SUITE 203
SPRINGFIELD, MA 01103-2009
(413) 737-4667
(800) 325-1109
FAX (413) 731-0602
Email Admin@Antonucci-Law.Com

36 CLIFFWOOD STREET
LENOX, MA 01240
(413) 637-3400
FAX (413) 637-0295
Email LENOX@Antonucci-Law.Com

OTHER OFFICES IN:
WESTFIELD, MA

ADDRESS REPLY TO: [ X ] SPRINGFIELD

[ ] LENOX

November 9, 2005

United States District Court
Federal Building
1550 Main Street
Springfield, MA 01103
ATTN: Bethany Healy - Clerk's Office

RE:   *Civil Action #05-30136-MAP*
      *Donovan Brothers, Inc., et al vs. Joseph Fontaine, et al*

Dear Ms. Healey:

    I am enclosing a copy of a letter that was sent to your office on 9/23/05 that self-explanatory. I am writing to report that I never received the certified summons forms back from your office.

    In the interim, I was in court for a Scheduling Conference on this matter on 10/25/05. At that time, the parties were informed that the *Plaintiffs' Motion To Amend the Complaint* was allowed. However, I never received formal notification of that allowance via mail, and I was waiting for that documentation prior to serving the defendants. The Motion to Amend the Complaint and related documents must be served on all defendants by November 14, 2005. My staff prepared additional summons forms and brought them to your office for certification today.

    Please send verification of the allowance of the Plaintiffs' Motion To Amend the Complaint for my file. Thank you.

Sincerely,

Frank E. Antonucci

/sms

Encls.

# FRANK E. ANTONUCCI, ESQ.
## COUNSELOR AT LAW

83 STATE STREET, SUITE 203
SPRINGFIELD, MA 01103-2009
(413) 737-4667
(800) 325-1109
FAX(413) 731-0602
Email Admin@Antonucci-Law.Com

36 CLIFFWOOD STREET
LENOX, MA 01240
(413) 637-3400
FAX (413) 637-0295
Email LENOX@Antonucci-Law.Com

OTHER OFFICES IN:
WESTFIELD, MA

ADDRESS REPLY TO: [ X ] SPRINGFIELD

[ ] LENOX

September 23, 2005

United States District Court
Federal Building
1550 Main Street
Springfield, MA 01103
ATTN: Civil Clerk's Office

RE:   *Civil Action #05-30136-MAP*
      *Donovan Brothers, Inc., et al vs. Joseph Fontaine, et al*

Dear Sir or Madam:

In the event that the Plaintiffs' Motion to Amend the Complaint is allowed, I would like to be prepared to serve the amended complaint on the new parties right away. Therefore I would appreciate it if you would certify the enclosed completed summons forms and return them to me in the postage-paid self-addressed envelope that I have enclosed for your convenience.

Thank you.

Sincerely,

Frank E. Antonucci

/sms