AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

DONOVAN BROTHERS, INC. and
ELSIE M. LAFOND,

PLAINTIFFS

**SUMMONS IN A CIVIL CASE**

V.

JOSEPH FONTAINE, JOANNE HEBERT and
ROBERT W. PIKE, JR., as they are the
Zoning Board of Appeals of the Town of Montgomery;
ELWIN R. CLARK, JR., as he is the Building
Inspector and Zoning Enforcement Officer of the
Town of Montgomery; WAYNE L. MORSE, CHAIRMAN,
CHARLES R. PECKHAM and DANIEL JACQUES, as they
are the Board of Selectmen of the Town of Montgomery,

CASE NUMBER: 05-30136-MAP

TO: (Name and address of defendant)   DEFENDANTS

WAYNE L. MORSE
102 CARRINGTON ROAD
MONTGOMERY, MA 01085

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FRANK E. ANTONUCCI, ESQ., 83 STATE ST., SUITE 203, SPFLD., MA 01103-2009

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                    11/9/05
CLERK                                DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

November 14, 2005

I hereby certify and return that on 11/10/2005 at 01:25 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of WAYNE L MORSE, 102 CARRINGTON Road MONTGOMERY, MA 01085, Conveyance ($2.70), Travel ($5.76), Basic Service Fee ($20.00), Attestation X 1 ($5.00), Mailing1 ($1.00) Total Charges $34.46

Deputy Sheriff DAVID K. TENNEY

**Deputy Sheriff**

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                 Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.