UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-30136-MAP

| | |
|---|---|
| DONOVAN BROTHERS, INC., AND ELSIE M. LAFOND<br>    Plaintiffs<br><br>vs.<br><br>JOSEPH FONTAINE, JOANNE HEBERT AND ROBERT W. PIKE, JR., AS THEY ARE THE ZONING BOARD OF APPEALS OF THE TOWN OF MONTGOMERY, and ELWIN R. CLARK, JR., AS HE IS THE BUILDING INSPECTOR & ZONING ENFORCEMENT OFFICER OF THE TOWN OF MONTGOMERY; and WAYNE L. MORSE, CHAIRMAN, CHARLES R. PECKHAM, and DANIEL JACQUES, AS THEY ARE THE BOARD OF SELECTMAN OF THE TOWN OF MONTGOMERY,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

    Please enter my appearance on behalf of the defendants, JOSEPH FONTAINE, JOANNE HEBERT, ROBERT W. PIKE, JR., ELWIN R. CLARK, JR., WAYNE L. MORSE, CHARLES R. PECKHAM, DANIEL JACQUES and the TOWN OF MONTGOMERY, in the above-captioned matter.

                                            THE DEFENDANTS,
                                            JOSEPH FONTAINE, JOANNE HEBERT
                                            AND ROBERT W. PIKE, JR., AS THEY
                                            ARE THE ZONING BOARD OF APPEALS
                                            OF THE TOWN OF MONTGOMERY, and
                                            ELWIN R. CLARK, JR., AS HE IS THE
                                            BUILDING INSPECTOR & ZONING
                                            ENFORCEMENT OFFICER OF THE
                                            TOWN OF MONTGOMERY, AND
                                            WAYNE L. MORSE, CHAIRMAN,
                                            CHARLES R. PECKHAM, AND DANIEL
                                            JACQUES, AS THEY ARE THE BOARD

417234

OF SELECTMAN OF THE TOWN OF MONTGOMERY

By  */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 544402
npelletier@robinson-donovan.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 9,[th] 2006.

*/s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

417234