UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONOVAN BROTHERS, INC., )
          Plaintiff )
)
v. )   Civil Action No. 05-30136-KPN
)
)
JOSEPH FONTAINE, et al., )
          Defendants )

## SCHEDULING ORDER
January 10, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. All remaining discovery including depositions shall be completed by March 31, 2006. There shall be no further extensions.

2. Counsel shall appear for a case management conference on April 13, 2006, at 2:00 p.m. in Courtroom Three.

3. Trial shall commence on June 19, 2006, at 9:00 a.m. Counsel shall appear for a final pretrial conference on June 12, 2006, at 2:00 p.m. in Courtroom Three. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

                                        /s/ Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge