UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-30136-MAP

| | |
|---|---|
| DONOVAN BROTHERS, INC., AND ELSIE M. LAFOND<br>　　Plaintiffs<br><br>vs.<br><br>JOSEPH FONTAINE, JOANNE HEBERT AND ROBERT W. PIKE, JR., AS THEY ARE THE ZONING BOARD OF APPEALS OF THE TOWN OF MONTGOMERY, and ELWIN R. CLARK, JR., AS HE IS THE BUILDING INSPECTOR & ZONING ENFORCEMENT OFFICER OF THE TOWN OF MONTGOMERY; and WAYNE L. MORSE, CHAIRMAN, CHARLES R. PECKHAM, and DANIEL JACQUES, AS THEY ARE THE BOARD OF SELECTMAN OF THE TOWN OF MONTGOMERY,<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

NOW COME the parties to the above-captioned matter and respectfully move this Court to continue the Case Management Conference presently scheduled for April 13, 2006. As grounds therefor and in support thereof, the parties state that they have, as discussed previously this Court, undertaken efforts to attempt to resolve this matter without further Court intervention. The Town has undertaken efforts to draft an amendment to its zoning by-law relating to the existence of gravel pits in Town. The Planning Board intends to schedule the required public hearing on the proposed amended by-law on or about April 14, 2006. The parties believe that it is likely that this matter will be capable of resolution and wish to continue their efforts in this regard. The parties further note that it is the intention of the Town,

423540

assuming an appropriate by-law amendment is agreed upon, to place said amendment on the Town warrant for the annual Town Meeting to be held on May 8, 2006.

Based upon the foregoing, the parties respectfully request that this Court continue the Case Management Conference presently scheduled for April 13, 2006 to the week of May 15, 2006 at the Court's convenience.

| THE PLAINTIFFS<br>DONOVAN BROTHERS, INC., AND<br>ELSIE M. LAFOND | THE DEFENDANTS,<br>JOSEPH FONTAINE, JOANNE HEBERT AND ROBERT W. PIKE, JR., AS THEY ARE THE ZONING BOARD OF APPEALS OF THE TOWN OF MONTGOMERY, and ELWIN R. CLARK, JR., AS HE IS THE BUILDING INSPECTOR & ZONING ENFORCEMENT OFFICER OF THE TOWN OF MONTGOMERY, AND WAYNE L. MORSE, CHAIRMAN, CHARLES R. PECKHAM, AND DANIEL JACQUES, AS THEY ARE THE BOARD OF SELECTMAN OF THE TOWN OF MONTGOMERY |
|---|---|
| By   */s/ Frank E. Antonucci,*<br>Frank E. Antonucci, Esq., of<br>Antonucci & Associates<br>83 State Street, Suite 203<br>Springfield, Massachusetts 01103<br>Phone (413) 737-4667  Fax (413) 731-0605<br>BBO No.: 020260<br>Antonucci3@verizon.net | By   */s/ Nancy Frankel Pelletier*<br>Nancy Frankel Pelletier, Esq., of<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, Massachusetts 01115<br>Phone (413) 732-2301  Fax (413) 785-4658<br>BBO No.: 544402<br>npelletier@robinson-donovan.com |

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 3, 2006.

           */s/ Nancy Frankel Pelletier*
           Nancy Frankel Pelletier, Esq.

423540