UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

C.A. NO. 05-30136-MAP

2006 APR -5  A 10: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

DONOVAN BROTHERS, INC. and ELSIE M. LAFOND,

   Plaintiffs

v.

JOSEPH FONTAINE, JOANNE HEBERT and ROBERT W. PIKE, JR., as they are the Zoning Board of Appeals of the Town of Montgomery, and ELWIN R. CLARK, JR., as he is the Building Inspector & Zoning Enforcement Officer of the Town of Montgomery; and WAYNE L. MORSE, Chairman, CHARLES R. PECKHAM, and DANIEL JACQUES, as they are the Board of Selectmen of the Town of Montgomery,

   Defendants

NOTICE OF CHANGE OF ADDRESS

Notice is given that as of February 6, 2006, the address of undersigned counsel is:

   Kopelman and Paige, P.C.
   101 Arch Street
   Boston, MA 02110-1109
   (617) 556-0007
   FAX (617) 654-1735

DEFENDANT
TOWN OF MONTGOMERY
ZONING BOARD OF APPEALS,
BUILDING INSPECTOR and
BOARD OF SELECTMEN
By its attorneys,

_/s/ Joel B. Bard_
Joel B. Bard (BBO# 029140)
Jonathan D. Eichman (BBO# 641227)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street
Boston, MA 02110-1109
(617) 556-0007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of this Document was served upon the Attorney of record for each party By mail on April 4, 2006.

_/s/_
96, 2775/