UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-30136-MAP

| | |
|---|---|
| DONOVAN BROTHERS, INC., AND ELSIE M. LAFOND<br>    Plaintiffs | )<br>)<br>) |
| vs. | )<br>) |
| JOSEPH FONTAINE, JOANNE HEBERT AND ROBERT W. PIKE, JR., AS THEY ARE THE ZONING BOARD OF APPEALS OF THE TOWN OF MONTGOMERY, and ELWIN R. CLARK, JR., AS HE IS THE BUILDING INSPECTOR & ZONING ENFORCEMENT OFFICER OF THE TOWN OF MONTGOMERY; and WAYNE L. MORSE, CHAIRMAN, CHARLES R. PECKHAM, and DANIEL JACQUES, AS THEY ARE THE BOARD OF SELECTMAN OF THE TOWN OF MONTGOMERY,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

NOW COME the parties to the above-captioned matter and respectfully request that this Court continue the Status Conference and all other presently scheduled dates. As grounds therefor and in support thereof, the parties state that, as originally reported to this Court, the parties have been attempting to resolve this matter without further Court intervention. In furtherance of that objective, the Town has, pending before it, a proposed by-law which, the parties believe will result in ultimate resolution of this matter if passed. The by-law was to be presented at Town meeting the first week of May resulting in the scheduling of the Status Conference for May 17, 2006. The Town meeting has, however, been rescheduled for June 12, 2006, the same date that the final Pre-Trial Conference had been scheduled. Because, the

450461

parties are hopeful that the by-law, if passed, will result in the resolution of all claim presently pending before this Court, the parties believe it would be in the interest of judicial economy to move the Status Conference and all other dates presently scheduled.  The parties respectfully request that the Status Conference be rescheduled to sometime after July 4, 2006 so as to allow the Town meeting to take place and allow the parties time to address issues which may arise thereafter.

| | |
|---|---|
| THE PLAINTIFFS<br>DONOVAN BROTHERS, INC., AND<br>ELSIE M. LAFOND | THE DEFENDANTS,<br>JOSEPH FONTAINE, JOANNE HEBERT AND ROBERT W. PIKE, JR., AS THEY ARE THE ZONING BOARD OF APPEALS OF THE TOWN OF MONTGOMERY, and ELWIN R. CLARK, JR., AS HE IS THE BUILDING INSPECTOR & ZONING ENFORCEMENT OFFICER OF THE TOWN OF MONTGOMERY, AND WAYNE L. MORSE, CHAIRMAN, CHARLES R. PECKHAM, AND DANIEL JACQUES, AS THEY ARE THE BOARD OF SELECTMAN OF THE TOWN OF MONTGOMERY |
| By  */s/ Frank E. Antonucci*<br>Frank E. Antonucci, Esq., of<br>Antonucci & Associates<br>83 State Street, Suite 203<br>Springfield, Massachusetts 01103<br>Phone (413) 737-4667  Fax (413) 731-0605<br>BBO No.:  020260<br>Antonucci3@verizon.net | By  */s/ Nancy Frankel Pelletier*<br>Nancy Frankel Pelletier, Esq., of<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, Massachusetts 01115<br>Phone (413) 732-2301  Fax (413) 785-4658<br>BBO No.:  544402<br>npelletier@robinson-donovan.com |

450461

THE DEFENDANTS
ELWIN R. CLARK, JR., ET AL


By    */s/ Jonathan D. Eichman*
Jonathan D. Eichman, Esq.
Kopelman & Paige, PC
101 Arch Street
Boston, MA 02110-1109
Tel: 617-556-0007 Fax 617-654-1735
BBO No.: 641227
jeichman@k-plaw.com


CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 12, 2006.

*/s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

450461