UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-30136-MAP

| | |
|---|---|
| DONOVAN BROTHERS, INC., AND ELSIE M. LAFOND<br>    Plaintiffs | )<br>)<br>)<br>) |
| vs. | )<br>) |
| JOSEPH FONTAINE, JOANNE HEBERT AND ROBERT W. PIKE, JR., AS THEY ARE THE ZONING BOARD OF APPEALS OF THE TOWN OF MONTGOMERY, and ELWIN R. CLARK, JR., AS HE IS THE BUILDING INSPECTOR & ZONING ENFORCEMENT OFFICER OF THE TOWN OF MONTGOMERY; and WAYNE L. MORSE, CHAIRMAN, CHARLES R. PECKHAM, and DANIEL JACQUES, AS THEY ARE THE BOARD OF SELECTMAN OF THE TOWN OF MONTGOMERY,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PARTIES' JOINT MOTION TO EXTEND TIME WITHIN WHICH TO FILE PRE-TRIAL CONFERENCE MEMORANDUM AND CONVERT FINAL PRE-TRIAL CONFERENCE TO A STATUS CONFERENCE**

NOW COME the parties to the above-captioned matter and respectfully request that this Court continue the time within which they have to file their Final Pre-Trial Conference Memorandum and further, convert the Final Pre-Trial Conference current scheduled for September 6, 2006 to a Status Conference. As grounds therefor and in support thereof, the parties state that there was additional delay in the efforts undertaken to amend the by-law in the Town of Montgomery so as to address issues raised by the plaintiffs herein. Ultimately, the amendments did not pass. The parties, however, are continuing their efforts to determine whether resolution of this matter can occur without further Court intervention.

458125

For the foregoing reasons, the parties respectfully request that the Court continue the time within which they have to file their Final Pre-Trial Conference Memorandum and convert the Final Pre-Trial Conference to a Status Conference.

| THE PLAINTIFFS<br>DONOVAN BROTHERS, INC., AND<br>ELSIE M. LAFOND | THE DEFENDANTS,<br>JOSEPH FONTAINE, JOANNE HEBERT AND ROBERT W. PIKE, JR., AS THEY ARE THE ZONING BOARD OF APPEALS OF THE TOWN OF MONTGOMERY, and ELWIN R. CLARK, JR., AS HE IS THE BUILDING INSPECTOR & ZONING ENFORCEMENT OFFICER OF THE TOWN OF MONTGOMERY, AND WAYNE L. MORSE, CHAIRMAN, CHARLES R. PECKHAM, AND DANIEL JACQUES, AS THEY ARE THE BOARD OF SELECTMAN OF THE TOWN OF MONTGOMERY |
|---|---|
| By   /s/ Frank E. Antonucci<br>Frank E. Antonucci, Esq., of<br>Antonucci & Associates<br>83 State Street, Suite 203<br>Springfield, Massachusetts 01103<br>Phone (413) 737-4667  Fax (413) 731-0605<br>BBO No.:  020260<br>Antonucci3@verizon.net | By   /s/ Nancy Frankel Pelletier<br>Nancy Frankel Pelletier, Esq., of<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, Massachusetts 01115<br>Phone (413) 732-2301  Fax (413) 785-4658<br>BBO No.:  544402<br>npelletier@robinson-donovan.com |

THE DEFENDANTS
ELWIN R. CLARK, JR., ET AL

By   /s/ Jonathan D. Eichman
Jonathan D. Eichman, Esq., of
Kopelman & Paige, P.C.
101 Arch Street
Boston, Massachusetts 02110-1109
Phone (617) 556-0007  Fax (617) 654-1735
BBO No.:  641227
jeichman@k-plaw.com

458125