UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONOVAN BROTHERS, INC., ET AL,   )
        Plaintiffs          )
                                     )
        v.                           ) C.A. 05-30136-MAP
                                     )
JOSEPH FONTAINE, ET AL,          )
        Defendants          )

FURTHER SCHEDULING ORDER

September 7, 2006

PONSOR, D.J.

Counsel for all parties appeared for a status conference on September 6, 2006. Based on counsel's representations, the court orders as follows:

    1. Any further written discovery, or request for supplementation of discovery, will be served no later than September 30, 2006. Responses will be served within thirty days thereafter.

    2. Any further depositions will be completed by October 31, 2006.

    3. Any motion for summary judgment, motion to remand or similar dispositive or potentially dispositive motion, will be filed no later than November 30, 2006.

    4. Opposition to any motions will be filed no later than December 29, 2006.

    5. Counsel will appear again for argument on any dispositive motions on January 16, 2007 at 2:00 p.m.

It is So Ordered.

                                  /s/ Michael A. Ponsor
                                  MICHAEL A. PONSOR
                                  United States District Judge