UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-30136-MAP

| | |
|---|---|
| DONOVAN BROTHERS, INC., and ELSIE M. LAFOND, <br>     Plaintiffs <br><br> vs. <br><br> JOSEPH FONTAINE, JOANNE HEBERT AND ROBERT W. PIKE, JR., AS THEY ARE THE ZONING BOARD OF APPEALS OF THE TOWN OF MONTGOMERY, and ELWIN R. CLARK, JR., AS HE IS THE BUILDING INSPECTOR & ZONING ENFORCEMENT OFFICER OF THE TOWN OF MONTGOMERY; and WAYNE L. MORSE, CHAIRMAN, CHARLES R. PECKHAM, and DANIEL JACQUES, AS THEY ARE THE BOARD OF SELECTMAN OF THE TOWN OF MONTGOMERY, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' MOTION TO FILE A MEMORANDUM IN
EXCESS OF 20 PAGES PURSUANT TO LOCAL RULE 7.1(B)(4)**

NOW COME the defendants, Joseph Fontaine, Joanne Hebert, Robert W. Pike, Jr., Elwin R. Clark, Jr., Wayne L. Morse, Charles R. Peckham and Daniel Jacques, and hereby request leave of this Court to file a Memorandum in Support of Defendants' Motion for Summary Judgment in excess of 20 pages. As reasons therefor, the defendants state that each of the seven named defendants is moving for summary judgment. Additionally, the defendants state that the plaintiffs' complaint contains both plaintiffs' appeal of a Zoning Board of Appeals decision, brought pursuant to G.L. 40A, § 17, and claims pursuant to 42 U.S.C. § 1983 and G.L. c. 12, §

465293

11I. The defendants submit that fully briefing the issues raised in the plaintiffs' complaint will require a Memorandum in Excess of 20 Pages.

WHEREFORE, based upon the foregoing, the defendants respectfully request leave to file a Motion in Excess of 20 Pages.

THE DEFENDANTS,
JOSEPH FONTAINE, JOANNE HEBERT AND ROBERT W. PIKE, JR., AS THEY ARE THE ZONING BOARD OF APPEALS OF THE TOWN OF MONTGOMERY, and ELWIN R. CLARK, JR., AS HE IS THE BUILDING INSPECTOR & ZONING ENFORCEMENT OFFICER OF THE TOWN OF MONTGOMERY, and WAYNE L. MORSE, CHAIRMAN, CHARLES R. PECKHAM, AND DANIEL JACQUES, AS THEY ARE THE BOARD OF SELECTMAN OF THE TOWN OF MONTGOMERY

By  */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 544402
npelletier@robinson-donovan.com


By  */s/ Jonathan D. Eichman*
Joel B. Bard (BBO# 029140)
Jonathan D. Eichman (BBO# 641227)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, Massachusetts 02116
Phone (617) 556-0007

465293

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 29, 2006.

                                            */s/ Nancy Frankel Pelletier*
                                            Nancy Frankel Pelletier, Esq.

465293