UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-30136-MAP

DONOVAN BROTHERS, INC., and ELSIE M. LAFOND,

    Plaintiffs

v.

JOSEPH FONTAINE, JOANNE HEBERT and ROBERT W. PIKE, JR., as they are the Zoning Board of Appeals of the Town of Montgomery, and ELWIN R. CLARK, JR., as he is the Building Inspector & Zoning Enforcement Officer of the Town of Montgomery; and WAYNE L. MORSE, Chairman, CHARLES R. PECKHAM, and DANIEL JACQUES, as they are the Board of Selectmen of the Town of Montgomery,

    Defendants

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    Now come defendants in the above-captioned matter and hereby move, pursuant to Fed.R.Civ.P. 56(b), for summary judgment on all claims set forth against them.

    As grounds therefor, the defendants state that there exists no genuine issue as to any material fact with respect to plaintiffs' claims, and that the defendants are entitled to judgment in their favor as a matter of law. As further grounds therefor, the defendants rely on the attached Local Rule 56.1 Statement of Material facts of Record as to which There is No Genuine Issue to be Tried, a memorandum of law in support of the Motion, and the affidavits of Robert W. Pike, Jr., Joanne Hebert, Joseph Fontaine, Jane Thielen, and Jonathan D. Eichman, all filed herewith.

WHEREFORE, the defendants respectfully request that this Court enter summary judgment in their favor on all claims set forth against them.

DEFENDANTS,
JOSEPH FONTAINE, JOANNE HEBERT AND ROBERT W. PIKE, JR., AS THEY ARE THE ZONING BOARD OF APPEALS OF THE TOWN OF MONTGOMERY, and ELWIN R. CLARK, JR., AS HE IS THE BUILDING INSPECTOR & ZONING ENFORCEMENT OFFICER OF THE TOWN OF MONTGOMERY, and WAYNE L. MORSE, CHAIRMAN, CHARLES R. PECKHAM, AND DANIEL JACQUES, AS THEY ARE THE BOARD OF SELECTMAN OF THE TOWN OF MONTGOMERY

By their attorneys,

/s/ Jonathan D. Eichman
Joel B. Bard (BBO# 029140)
Jonathan D. Eichman (BBO# 641227)
 Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

By     /s/ Nancy Frankel Pelletier
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 544402
npelletier@robinson-donovan.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 30, 2006.

      /s/ Nancy Frankel Pelletier
Nancy Frankel Pelletier, Esq.

465465