UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-30136-MAP

DONOVAN BROTHERS, INC., and ELSIE M. LAFOND,

    Plaintiffs

v.

JOSEPH FONTAINE, JOANNE HEBERT and ROBERT W. PIKE, JR., as they are the Zoning Board of Appeals of the Town of Montgomery, and ELWIN R. CLARK, JR., as he is the Building Inspector & Zoning Enforcement Officer of the Town of Montgomery; and WAYNE L. MORSE, Chairman, CHARLES R. PECKHAM, and DANIEL JACQUES, as they are the Board of Selectmen of the Town of Montgomery,

    Defendants

DEFENDANTS' MOTION IN THE ALTERNATIVE FOR REMAND

    Now come defendants in the above-captioned matter and hereby move that, should this Court decline to accept the defendants' argument in their Motion for Summary Judgment that the plaintiffs' grandfathering claim is not properly before the Court in this matter, the Court remand the matter to the Montgomery Zoning Board of Appeals to hear and decide the grandfathering claim before proceeding to decide the plaintiffs' appeal of the Board's decision.  More specifically, in their Amended Complaint the plaintiffs claim that, pursuant to G.L. c .40A, §6, removal of earth materials from the subject property is exempt from the use requirements of the Town of Montgomery Zoning Bylaws (the "Grandfathering Claim").  In their Motion for Summary Judgment, the defendants have asked this Court to determine that the Grandfathering Claim was not part of the Zoning Board of Appeals' decision on appeal, and thus is not properly

465466

before the Court, because the question has never considered or decided by the Zoning Board of Appeals. Should the Court decide that the Grandfathering Claim is now before the Court, the Court remand the matter to the Zoning Board of Appeals to make findings of fact relevant to the question and decide the question as a matter of law.

As reasons therefor, the defendants rely upon those reasons set forth in the Defendants' Memorandum in Support of Their Motion for Summary Judgment, filed herewith.

WHEREFORE, the defendants respectfully request that this Court remand the matter to the Montgomery Zoning Board of Appeals at the time and for the purpose set forth herein.

> DEFENDANTS,
> JOSEPH FONTAINE, JOANNE HEBERT AND ROBERT W. PIKE, JR., AS THEY ARE THE ZONING BOARD OF APPEALS OF THE TOWN OF MONTGOMERY, and ELWIN R. CLARK, JR., AS HE IS THE BUILDING INSPECTOR & ZONING ENFORCEMENT OFFICER OF THE TOWN OF MONTGOMERY, and WAYNE L. MORSE, CHAIRMAN, CHARLES R. PECKHAM, AND DANIEL JACQUES, AS THEY ARE THE BOARD OF SELECTMAN OF THE TOWN OF MONTGOMERY
>
> By their attorneys,
>
> /s/ Jonathan D. Eichman
> Joel B. Bard (BBO# 029140)
> Jonathan D. Eichman (BBO# 641227)
>  Kopelman and Paige, P.C.
> 31 St. James Avenue
> Boston, MA 02116
> (617) 556-0007

By    */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 544402
npelletier@robinson-donovan.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 30th, 2006.

    */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

3