UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30136-MAP

| | |
|---|---|
| DONOVAN BROS, INC., and <br> ELSIE M. LAFOND, <br>                   Plaintiffs <br> vs. <br> JOSEPH FONTAINE, JOANNE HEBERT, and <br> ROBERT W. PIKE, JR., as they are the <br> Zoning Board of Appeals of the Town of Montgomery; <br> ELWIN R. CLARK, JR., as he is the Building Inspector & <br> Zoning Enforcement Officer of the Town of Montgomery; and <br> WAYNE L. MORSE, Chairman, CHARLES R. PECKHAM, and <br> DANIEL JACQUES, as they are the <br> Board of Selectmen of the Town of Montgomery, <br>                   Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO ENLARGE TIME FOR PLAINTIFFS TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION IN THE ALTERNATIVE FOR REMAND

Now come the Plaintiffs in the above-captioned mater, and move this Honorable Court to Enlarge the Time presently set for the Plaintiffs to file their Opposition to Defendants' Motion for Summary Judgment and Defendants' Motion in the Alternative for Remand, and to continue the date presently scheduled for the hearing on said Motion.

As grounds therefore, the Plaintiffs state:

1. On September 7, 2006, this Court issued its Scheduling Order, which provided that the Defendants would have until November 30, 2006 to file any Motion for Summary Judgment,

1

Motion to Remand or similar dispositive or potentially dispositive motions.

2. On November 30, the Defendants filed their *Motion for Summary Judgment* with supporting *Memorandum of Law, Rule 56.1 Statement of Facts* with referenced Affidavits, Interrogatory Answers, Deposition Transcripts, and *Defendants' Motion in the Alternative for Remand.*

3. Said Scheduling Order of September 7, 2006, provided that Plaintiffs' would have until December 29, 2006 to file their Opposition thereto. Said Scheduling Order further provides that the Hearing on said Motions is schedule on January 16, 2007.

4. Due to the length and nature of the Defendants' arguments for Summary Judgment, Plaintiffs require additional time to prepare their Opposition and opposing materials.

5. In addition, counsel for the Plaintiffs', Frank Antonucci, Esq., has prepaid plans to be out of the country with his family from December 22, 2006 through January 3, 2007, which will significantly limit and impair counsel's ability to adequately prepare said Opposition and opposing materials by the date set of December 29, 2006.

6. The Defendants will not be prejudiced by an enlargement of time for Plaintiffs to file their Opposition and opposing papers. In fact, Plaintiffs' Counsel has conferred with both defense counsel, Attorneys Nancy Frankel Pelletier and Jonathan Eichman, and they do not have any objection to the Plaintiffs' request for an extension of time.

7. Due to the above facts and circumstances, Plaintiffs' Counsel needs the additional time to adequately address the issues raised in the Defendants' Motion for Summary Judgment and Motion in the Alternative for Remand and, based upon the above, the requested extension is reasonable and necessary in order to properly and thoroughly address the issues in this matter.

In further support thereof, the Plaintiffs rely on Counsel's Affidavit filed herewith.

WHEREFORE, the Plaintiffs respectfully request this Honorable Court to enlarge the time for Plaintiffs to file their Opposition to Defendants' Motion for Summary Judgment and Motion in the Alternative for Remand to January 15, 2007, and continue the date for the Court to hear said Motions to January 26, 2007 or such other date that is mutually convenient for this Court and the parties.

                The Plaintiffs,
                DONOVAN BROS, INC.,
                and ELSIE M. LAFOND,

By: _____
     FRANK E. ANTONUCCI, ESQ.
     83 State Street, Suite 203
     Springfield, MA 01103
     Tel: (413) 737-4667
     Fax: (413) 731-0602
     BBO# 020260
     *admin@antonucci-law.com*

## CERTIFICATE OF SERVICE

I, Frank E. Antonucci, Esq., do hereby certify that this document was served on the defendants in this matter by mailing a copy of it on December 11th, 2006 via Email and via 1st class mail, postage prepaid, to counsel of record as follows:

| | |
|---|---|
| Joel E. Bard, Esq. | Attorney Nancy Frankel Pelletier |
| Jonathan D. Eichman, Esq. | Robinson Donovan P.C. |
| Kopelman And Paige, P.C. | P.O. Box 15609 |
| 101 Arch Street | Springfield, MA 01115-5609 |
| Boston, MA 02110-1109 | npelletier@robinson-donovan.com |
| jeichman@k-plaw.com | |

_____
FRANK E. ANTONUCCI, ESQ.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-30136-MAP

| | |
|---|---|
| DONOVAN BROS, INC., and ELSIE M. LAFOND, <br><br> Plaintiffs <br><br> vs. <br><br> JOSEPH FONTAINE, JOANNE HEBERT, and ROBERT W. PIKE, JR., as they are the Zoning Board of Appeals of the Town of Montgomery; ELWIN R. CLARK, JR., as he is the Building Inspector & Zoning Enforcement Officer of the Town of Montgomery; and WAYNE L. MORSE, Chairman, CHARLES R. PECKHAM, and DANIEL JACQUES, as they are the Board of Selectmen of the Town of Montgomery, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**AFFIDAVIT IN SUPPORT OF
MOTION TO ENLARGE TIME FOR PLAINTIFFS TO FILE OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND
DEFENDANTS' MOTION IN THE ALTERNATIVE FOR REMAND**

I, Frank E. Antonucci, Esq., hereby depose and say as follows:

1. That I am counsel for the Plaintiffs in the above-captioned matter;

2. That I submit this Affidavit in support of *Plaintiffs' Motion To Enlarge Time For Plaintiffs to File Opposition to Defendants' Motion for Summary Judgment and Defendants' Motion in the Alternative for Remand*;

3. That pursuant to the Scheduling Order issued on September 7, 2006, Plaintiffs' Opposition to these motions is due December 29, 2006;

1

4.  That due to the length and nature of the Defendants' arguments for Summary Judgment, the Plaintiffs require additional time to prepare their Opposition;

5.  In addition, I have prepaid plans to be out of the country with my family from December 22, 2006 through January 3, 2007, which will significantly limit and impair my ability to adequately prepare said Opposition and opposing materials by the date set of December 29, 2006;

6.  Pursuant to said Scheduling Order, the Hearing on said Motions is scheduled for January 16, 2007. Given the requested enlargement of time for Plaintiffs' to file their Opposition, a corresponding continuance of the Hearing date for said motions is appropriate;

7.  I conferred with both defense counsel, Attorneys Nancy Frankel Pelletier and Attorney Jonathan Eichman, and neither objects to the Plaintiffs' request for an extension of time.

8.  This Affidavit is submitted in good faith, to demonstrate to this Honorable Court that there is good cause to warrant an enlargement of the time for Plaintiffs to file their Opposition and that, based upon the particular circumstances of this case, an enlargement of time to January 15, 2007 is reasonable and appropriate and that I am requesting the amount of time which I believe is necessary to submit an appropriate Opposition to this Court on the Plaintiffs' behalf. Accordingly, it would seem appropriate that the hearing that is presently scheduled for January 16, 2007 should be continued until January 26, 2007 or such other date that is convenient for this Court.

Signed under the pains and penalties of perjury this 8th day of December, 2006.

FRANK E. ANTONUCCI, ESQ.

2

CERTIFICATE OF SERVICE

I, Frank E. Antonucci, Esq., do hereby certify that this document was served on the defendants in this matter by mailing a copy of it on December 11th 2006 via Email and via 1st class mail, postage prepaid, to counsel of record as follows:

| | |
|---|---|
| Joel E. Bard, Esq.<br>Jonathan D. Eichman, Esq.<br>Kopelman And Paige, P.C.<br>101 Arch Street<br>Boston, MA 02110-1109<br>jeichman@k-plaw.com | Attorney Nancy Frankel Pelletier<br>Robinson Donovan P.C.<br>P.O. Box 15609<br>Springfield, MA 01115-5609<br>npelletier@robinson-donovan.com |

FRANK E. ANTONUCCI, ESQ.
83 State Street, Suite 203
Springfield, MA 01103
Tel: (413) 737-4667
Fax: (413) 731-0602
BBO# 020260
admin@antonucci-law.com

3