UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-30136-MAP

| | |
|---|---|
| DONOVAN BROTHERS, INC., and<br>ELSIE M. LAFOND,<br>    Plaintiffs | )<br>)<br>)<br>) |
| vs. | )<br>) |
| JOSEPH FONTAINE, JOANNE HEBERT AND<br>ROBERT W. PIKE, JR., AS THEY ARE THE<br>ZONING BOARD OF APPEALS OF THE<br>TOWN OF MONTGOMERY, and<br>ELWIN R. CLARK, JR., AS HE IS THE<br>BUILDING INSPECTOR & ZONING<br>ENFORCEMENT OFFICER OF THE<br>TOWN OF MONTGOMERY; and WAYNE L.<br>MORSE, CHAIRMAN, CHARLES R.<br>PECKHAM, and DANIEL JACQUES, AS THEY<br>ARE THE BOARD OF SELECTMAN OF THE<br>TOWN OF MONTGOMERY,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO CONTINUE**

NOW COME the parties to the above-captioned matter and request that this Court continue the hearing on the defendants' Motion for Summary Judgment from January 29, 2007 to either February 6, 2007 in the afternoon or February 9, 2007 at any time convenient to the Court.  As grounds therefore and in support thereof, the parties state that prior scheduling conflicts necessitate rescheduling the motion which was rescheduled recently by the Court.

468323

WHEREFORE, based upon the foregoing, the parties respectfully request that the Court reschedule the hearing on the Motion for Summary Judgment as set forth above.

| | |
|---|---|
| THE PLAINTIFFS<br>DONOVAN BROTHERS, INC., AND<br>ELSIE M. LAFOND | THE DEFENDANTS,<br>JOSEPH FONTAINE, JOANNE HEBERT AND ROBERT W. PIKE, JR., AS THEY ARE THE ZONING BOARD OF APPEALS OF THE TOWN OF MONTGOMERY, and ELWIN R. CLARK, JR., AS HE IS THE BUILDING INSPECTOR & ZONING ENFORCEMENT OFFICER OF THE TOWN OF MONTGOMERY, AND WAYNE L. MORSE, CHAIRMAN, CHARLES R. PECKHAM, AND DANIEL JACQUES, AS THEY ARE THE BOARD OF SELECTMAN OF THE TOWN OF MONTGOMERY |
| By   */s/ Frank E. Antonucci*<br>Frank E. Antonucci, Esq., of<br>Antonucci & Associates<br>83 State Street, Suite 203<br>Springfield, Massachusetts 01103<br>Phone (413) 737-4667  Fax (413) 731-0605<br>BBO No.: 020260<br>Antonucci3@verizon.net | By   */s/ Nancy Frankel Pelletier*<br>Nancy Frankel Pelletier, Esq., of<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, Massachusetts 01115<br>Phone (413) 732-2301  Fax (413) 785-4658<br>BBO No.: 544402<br>npelletier@robinson-donovan.com |

THE DEFENDANTS
ELWIN R. CLARK, JR., ET AL

By   */s/ Jonathan D. Eichman*
Jonathan D. Eichman, Esq., of
Kopelman & Paige, P.C.
101 Arch Street
Boston, Massachusetts 02110-1109
Phone (617) 556-0007  Fax (617) 654-1735
BBO No.: 641227
jeichman@k-plaw.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 17, 2006.

   */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

468323