UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONOVAN BROTHERS, INC., ET AL,  )
        Plaintiffs      )
                        )
    v.                      ) C.A. 05-30136-MAP
                        )
JOSEPH FONTAINE, ET AL,         )
        Defendants      )

## ORDER OF REMAND TO DEFENDANT MONTGOMERY ZONING BOARD OF APPEALS

March 13, 2007

**PONSOR, D.J.**

Counsel appeared on March 9, 2007 for argument on Defendants' Motion for Summary Judgment (Docket No. 46). At that time, counsel announced that they had agreed to a remand to the Montgomery Zoning Board of Appeals to address certain issues.

The court initially indicated a reluctance to remand the case, on the ground that the only basis for federal subject matter jurisdiction in this case, the claim under 42 U.S.C. § 1983, appeared to lack legal support. See Macone v. Town of Wakefield, 277 Fed.3d 1, 10 (1st Cir. 2002).

In order to accommodate the parties' interests, the court hereby orders the parties, by agreement, to resume proceedings before the Montgomery Zoning Board of Appeals. At the same time, the court intends to take the underlying Motion for Summary Judgment under advisement. If, as the court expects,

it finds that there is no basis for federal jurisdiction, it is the court's intention to dismiss the § 1983 claim and to exercise its discretion to remand all remaining state law claims to the Massachusetts Superior Court, where the case was originally filed.

If the court takes this expected action, jurisdiction for the case will be transferred to the Superior Court, and following completion of proceedings before the Zoning Board of Appeals, the parties may, if they wish, obtain further review in the Superior Court.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge