UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONOVAN BROTHERS, INC., ET AL
        Plaintiff(s)

v.          CIVIL ACTION:  05-30136-MAP

JOSEPH FONTAINE, ET AL.,
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the Defendants' pursuant to the Memorandum and Order of the Court entered this date granting the Defendants' motion for Summary Judgment and their motion to remand the case back to Hampden Superior Court for further proceedings, if needed, following completion of proceedings before the ZBA.

                SARAH A. THORNTON,
                CLERK OF COURT

Dated: April 9, 2007          By  /s/Mary Finn
                                         Deputy Clerk

(Judgment Civil.wpd - 11/98)          [jgm.]